# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| DAVID LEE EUNICE, SR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV413-275 |
| | ) | |
| CYNTHIA DITSLENR, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Based upon the information he has furnished (docs. 5 & 8), Eunice owes no initial filing fee. *See* 28 U.S.C. § 1915(b)(1) (requiring an initial fee assessment "when funds exist," under a specific 20 percent formula). His custodian shall set aside 20 percent of all future deposits to his inmate account, then forward those funds to the Clerk each time the set aside amount reaches $10, until the balance of the Court's full $350 filing fee has been paid. If Eunice is transferred to another institution, his present custodian shall forward a copy of these instructions and all financial information concerning payment of the filing fee and costs in this case to the new custodian. The balance due shall be collected by the

custodian at his next institution in accordance with the terms of this Order. The Clerk is **DIRECTED** to serve a copy of this Order, and a copy of the signed Consent to Collection of Fees from Trust Account, upon Eunice's current custodian.

**SO ORDERED** this 15TH day of May, 2014.

_____
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**