UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| DAVID LEE EUNICE, SR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV413-275 |
| ) | |
| CYNTHIA DITSLENR, WARDEN ) | |
| DAVID FRAZIER, DOCTOR ) | |
| MOTLEY, DEPUTY WARDEN SUE ) | |
| MICKENS, DOCTOR JACKSON, ) | |
| KATHIE KENNEDY, and DEPUTY ) | |
| WARDEN HENRY, ) | |
| ) | |
| Defendants. ) | |

# ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 25 day of Aug, 2014.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA