AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

David Lee Eunice, Sr.

JUDGMENT IN A CIVIL CASE

V.  CASE NUMBER: CV413-275

Cynthina Ditslenr et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated August 25, 2014, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; dismissing this case with prejudice. This action stands closed.



August 25, 2014 — Date

Scott L. Poff — Clerk

(By) Deputy Clerk